

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-14-2002

# Buckley v. Comm Social Security

Precedential or Non-Precedential:

Docket 1-2439

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Buckley v. Comm Social Security" (2002). *2002 Decisions.* Paper 177.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/177

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

                IN THE UNITED STATES COURT OF APPEALS
                      FOR THE THIRD CIRCUIT
                         _____

                          NO.  01-2439
                         _____

                        JAMES BUCKLEY,
                                  Appellant

                              v.

                 *LARRY G.  MASSANARI, ACTING
                COMMISSIONER OF SOCIAL SECURITY
                 *(Pursuant to F.R.A.P. 43(c))
                         _____


          On Appeal From the United States District Court
              for the Eastern District of Pennsylvania
                     (D.C. Civil No. 00-cv-03589)
            District Judge: Honorable Charles R. Weiner
                         _____


             Submitted Under Third Circuit LAR 34.1(a)
                        January 17, 2002

        Before: RENDELL, FUENTES and MAGILL*, Circuit Judges.

                    (Filed  March 14, 2002 )
                         _____


                            OPINION
                         _____


_____


        *Honorable Frank J.  Magill, United States Circuit Judge for the
Eighth Circuit, sitting
by designation.


RENDELL, Circuit Judge.

        James Buckley seeks review of the District Court's determination that
the
Administrative Law Judge's ("ALJ") ruling was supported by "substantial
evidence"
when he found that Mr.  Buckley was not disabled in accordance with the
Social Security
Act.  Buckley was formerly a bartender and warehouseman.  He last worked
full-time in

1992, and alleges that he became disabled in 1994 due to pain in his groin and lower back.

Our role as a reviewing court is limited to determining whether the Commissioner's decision is supported by "substantial evidence" which is "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." Richardson v. Perales, 402 U.S. 389, 401 (1971). We are bound by the ALJ's findings of fact if they are supported by substantial evidence in the record. Plummer v. Apfel, 186 F.3d 422, 427 (3d Cir. 1999).

The ALJ found Buckley's subjective complaints not fully credible. One of his doctors, Dr. Albornoz, had noted that his complaints were "out of proportion" to what he encountered in his examination and imaging studies. The ALJ found that Buckley's daily activities, although somewhat limited, were consistent with the ability to perform sedentary work. Another doctor, Dr. Dworkin, stated that Buckley's pain was controlled so that he could function in a "fairly normal manner." The ALJ relied on the grids to direct a finding of non-disability.

The District Court affirmed the ALJ's ruling noting that the objective medical evidence did not support Buckley's allegations of total disability. The District Court addressed each of Buckley's contentions. These were: (1) the ALJ erred in finding that his testimony was not fully credible; (2) that the ALJ erred by failing to take into account the impact of the side effects of his medication; and finally (3) that the ALJ erred in relying on Rule 201.27 to find that he was not disabled. The District Court considered all of these contentions and analyzed them thoroughly, rejecting them in a ten-page memorandum opinion and order. Buckley raises these same issues on appeal. After a thorough review of the record, and giving due consideration to the briefs filed in this appeal, we find that the District Court's opinion sets forth the proper reasoning with respect to each of these issues. Accordingly, we will not restate the analysis here but, instead, incorporate by reference the memorandum opinion and order of the District Court in this matter.

Accordingly, we will AFFIRM the District Court's order.

_____

TO THE CLERK OF COURT:
     Please file the foregoing Not Precedential Opinion.


                                   /s/ Marjorie O. Rendell
                                   Circuit Judge